# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# GAINESVILLE DIVISION

| | |
|---|---|
| ROBERT SLODYSKO JR., | Case No. 2:24-cv-00249-RWS-JCF |
| Plaintiff, | **NOTICE OF SETTLEMENT AS TO DEFENDANT, EXPERIAN INFORMATION SOLUTIONS, INC.** |
| v. | |
| TRUIST FINANCIAL, CORP, TRANS UNION, LLC., EQUIFAX, INC. and EXPERIAN INFORMATION SOLUTIONS, INC., | |
| Defendants. | |

**NOTICE IS HEREBY GIVEN** that Plaintiff ROBERT SLODYSKO JR. ("Plaintiff") and Defendant EXPERIAN INFORMATION SOLUTIONS, INC., ("EXPERIAN" or "Defendant") have reached settlement in the above-captioned action. The plaintiff expects to file a Notice of Dismissal as to EXPERIAN once settlement documents have been exchanged and executed. Therefore, Plaintiff respectfully requests sixty (60) days to complete settlement documents and notify this honorable Court of dismissal.

Please be advised that this settlement does not affect Plaintiff's claims or rights as they pertain to Defendants, TRUIST FINANCIAL. ("TRUIST") and EQUIFAX, INC. ("EQUIFAX").

                                          RESPECTFULLY SUBMITTED,

Dated: January 16, 2025        By:    *s/ Mark A. Carey*
                                                 Mark A. Carey, GA BAR 109360
                                                 Law Offices of Mark Carey, P.C.
                                                 391 Perimeter Center North, Suite 275
                                                 Dunwoody, GA 30346
                                                 Phone: (716) 853-9243
                                                 Email: markcareylaw@ymail.com
                                                 Attorneys for Plaintiff,
                                                 ROBERT SLODYSKO JR.

## CERTIFICATE OF SERVICE

I certify that on January 16, 2024, I served Plaintiff ROBERT SLODYSKO JR's Notice of Settlement using the CM/ECF system, which will provide an auto-generated notice to all counsel of record.

By: *s/ Mark A. Carey*
Law Offices of Mark Carey, P.C.
391 Perimeter Center North, Suite 275
Dunwoody, GA 30346
Phone: (716) 853-9243
Email: markcareylaw@ymail.com
Attorneys for Plaintiff,
ROBERT SLODYSKO JR.

**NOTICE OF SETTLEMENT AS TO DEFENDANT, EXPERIAN INFORMATION SOLUTIONS, INC.**