# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| ROBERT SLODYSKO JR., | Case No. 2:24-cv-00249-RWS-JCF |
| Plaintiff, | **JOINT STIPULATION OF DISMISSAL WITH PREJUDICE** |
| v. | |
| TRUIST FINANCIAL, CORP; TRANS UNION, LLC; EQUIFAX, INC.; and EXPERIAN INFORMATION SOLUTIONS, INC., | |
| Defendants. | |

Plaintiff Robert Slodysko ("Plaintiff") and Defendant, Trans Union, LLC ("Trans Union") pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), hereby stipulate to the dismissal of Plaintiff's claims against Defendant, Trans Union in this action with prejudice, with each party to bear their owns costs and attorneys' fees

Respectfully submitted,

Dated: January 24, 2025

By: *s/ Mark A. Carey*
Mark A. Carey
Law Offices of Mark Carey, P.C.
391 Perimeter Center North, STE 275
Dunwoody, GA 30346
(716) 853-9243
Email: markcareylaw@ymail.com
Attorneys for Plaintiff,
ROBERT SLODYSKO JR

**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE**

- 1 -

| | |
|---|---|
| Dated: January 24, 2025 | By */s/ Paul W. Sheldon* <br> Paul W. Sheldon <br> Georgia Bar No. 947098 <br> psheldon@qslwm.com <br> QUILLING, SELANDER, LOWNDS,WINSLETT & MOSER, P.C. <br> 6900 N. Dallas Parkway, Suite 800 <br> Plano, Texas 75024 <br> (214) 560-5453 <br> (214) 871-2111 Fax <br> Attorneys for TRANS UNION LLC |

**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE**

- 2 -

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 24th day of January 2025, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which automatically gives notice to all counsel of record.

By: */s/ Jeffrey Lohman,*
Attorney for Plaintiff

**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE**
- 3 -