# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# GAINESVILLE DIVISION

| | |
|---|---|
| **ROBERT SLODYSKO JR.,** )<br>)<br>**Plaintiff,** )<br>)<br>v. )<br>)<br>**TRUIST FINANCIAL, CORP.,** )<br>**TRANS UNION, LLC, EQUIFAX,** )<br>**INC. and EXPERIAN** )<br>**INFORMATION SOLUTIONS, INC.** )<br>)<br>**Defendants.** ) | **CIVIL ACTION NO.**<br><br>**2:24-cv-00249-RWS-JCF** |

## NOTICE OF SETTLEMENT

Truist Bank, improperly named as Truist Financial Corp. ("Truist"), by and through its undersigned counsel, hereby informs the Court that a settlement has been reached as to all claims of Plaintiff Robert Slodysko Jr. against Truist in this matter.

Truist, therefore, requests that this Honorable Court give the parties 60 days to file the necessary dismissal papers.

Respectfully submitted this 27th day of January 2025.

                                              *s/ Rachel R. Friedman*
                                              Rachel R. Friedman
                                              Georgia Bar No. 456493
                                              rfriedman@burr.com
                                              BURR & FORMAN, LLP
                                              1075 Peachtree Street NE
                                              Suite 3000

Atlanta, GA 30309
Telephone: (404) 815-3000
Facsimile: (404) 817-3244

Attorney for Defendant
TRUIST BANK

## **CERTIFICATION OF COUNSEL**

I hereby certify that the foregoing document has been prepared with Times New Roman, 14 point font, one of the font and point selections approved by the Court in LR 5.1.

*s/Rachel R. Friedman*
Rachel R. Friedman
Georgia Bar No. 456493

BURR & FORMAN LLP
1075 Peachtree Street NE
Suite 3000
Atlanta, GA 30309
Telephone: (404) 815-3000
Facsimile: (404) 817-3244

56375302 v1

2

## **CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing document has been served on the following via CM/ECF electronic service, on this 27th day of January 2025:

Mark A. Carey
Law Offices of Mark Carey, P.C.
391 Perimeter Center North, Suite 275
Dunwoody, GA 30346
markcareylaw@ymail.com
*Counsel for Plaintiff*

Paul W. Sheldon
Quilling Selander Lownds Winslett Moser, PC
6900 N Dallas Parkway, Suite 800
Plano, TX 75024
psheldon@qslwm.com
*Counsel for Trans Union, LLC*

Christine Kapur
1550 Peachtree Street
Atlanta, GA 30309
Christine.kapur@equifax.com
*Counsel for Equifax, Inc.*

                                                *s/Rachel R. Friedman*
                                                Rachel R. Friedman
                                                Georgia Bar No. 456493