# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# GAINESVILLE DIVISION

| | |
|---|---|
| ROBERT SLODYSKO JR., | Case No. 2:24-cv-00249-RWS-JCF |
| Plaintiff, | **NOTICE OF SETTLEMENT AS TO DEFENDANT, EQUIFAX, INC.** |
| v. | |
| TRUIST FINANCIAL, CORP, TRANS UNION, LLC, EQUIFAX, INC. and EXPERIAN INFORMATION SOLUTIONS, INC., | |
| Defendants. | |

**NOTICE IS HEREBY GIVEN** that Plaintiff ROBERT SLODYSKO JR. ("Plaintiff") and Defendant EQUIFAX, INC. ("EQUIFAX" or "Defendant") have reached settlement in the above-captioned action. The plaintiff expects to file a Notice of Dismissal as to EQUIFAX once settlement documents have been exchanged and executed. Therefore, Plaintiff respectfully requests sixty (60) days to complete settlement documents and notify this honorable Court of dismissal.

RESPECTFULLY SUBMITTED,

Dated: February 14, 2025

By: *s/ Mark A. Carey*
Mark A. Carey, GA BAR 109360
Law Offices of Mark Carey, P.C.
391 Perimeter Center North, Suite 275
Dunwoody, GA 30346, P: (716) 853-9243
E: markcareylaw@ymail.com
Attorneys for Plaintiff,
ROBERT SLODYSKO JR.

## CERTIFICATE OF SERVICE

I certify that on February 14, 2025, I served Plaintiff ROBERT SLODYSKO JR's Notice of Settlement using the CM/ECF system, which will provide an auto-generated notice to all counsel of record.

By: *s/ Mark A. Carey*
Mark A. Carey, GA BAR 109360
Law Offices of Mark Carey, P.C.
391 Perimeter Center North, Suite 275
Dunwoody, GA 30346, P: (716) 853-9243
E: markcareylaw@ymail.com
Attorneys for Plaintiff,
ROBERT SLODYSKO JR.